UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD WALTEMYER,

    Plaintiff,

    v.

JO ANNE B. BARNHART, Commissioner of Social Security Administration,

    Defendant.

_____/

No. C 04-01605 PJH

**JUDGMENT**

    This action having come before the court on the plaintiff's motion for summary judgment and the defendant's motion for remand, and the court having granted plaintiff's motion in part,

    it is Ordered and Adjudged

    that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: October 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge